# Court of Appeals
## Tenth Appellate District of Texas

=====

10-26-00063-CV

=====

Adelide Perez Ybarra,
Appellant

v.

The State of Texas,
Appellee

=====

On appeal from the
278th District Court of Madison County, Texas
Judge Tracy Sorensen, presiding
Trial Court Cause No. 24-18011

=====

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Adelide Ybarra, appealed the denial of a petition for expunction. By letter from the Clerk of this Court dated February 20, 2026, Appellant was advised that the docketing statement was due on or before March 2, 2026, and that the filing fee of $205.00 was due to be paid before that same date to prevent dismissal of the appeal. The docketing statement was not filed and the filing fee was not paid.

On March 4, 2026, the Clerk of the Court informed Appellant in a letter that the docketing statement had not been filed and the filing fee had not been paid and that the appeal would be dismissed without further notification if the docketing statement was not filed and the filing fee was not paid by March 16, 2026. The docketing statement has not been filed and the filing fee has not been paid.

Accordingly, this appeal is dismissed for want of prosecution and for the failure to follow directives of the Clerk of this Court. *See* TEX. R. APP. P. 42.3(b), (c).

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: April 9, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

